UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

|  |  |  |
|---|---|---|
| | : | |
| IN RE: | : | CASE NO.: 8-22-72558-reg |
| | : | |
| | : | CHAPTER: 7 |
| Avraham Agagi, | : | |
| | : | HON. JUDGE: |
| | : | Robert E. Grossman |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

-----------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM
## THE AUTOMATIC STAY

**UPON** consideration of the Motion for Rushmore Loan Management Services, LLC as

servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust

(together with any successor or assign, "Movant") dated November 29, 2022, and it appearing

that neither the Debtor, nor the Chapter 7 Trustee, nor the U.S. Trustee have opposition to the

motion bought by Movant, for relief from the automatic stay, and with good cause appearing

therefore, it is

**ORDERED** that the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is

hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) –(2) as to Movant, its agents, assigns

or successors in interest, so that Movant, its agents, assigns or successors in interest, may take

any and all actions pursuant to the Note and Mortgage and applicable state law on premises

known as 118 Colonial Road, Great Neck, New York 11021 (the "Property") without further

application to this Court; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.

Dated: Central Islip, New York
December 22, 2022



Robert E. Grossman
United States Bankruptcy Judge